# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC. et al.,<br><br>Defendant. | Case No.: 15-CV-2440-GPC (WVG)<br><br>**ORDER STAYING ALL DISCOVERY AND DISCOVERY DISPUTES** |

On April 22, 2016, this Court held a telephonic Discovery Conference with counsel for all parties. Ms. Nina Schichor and Ms. Laura Schneider participated on behalf of Plaintiff Consumer Financial Protection Bureau ("Plaintiff"), and Ms. Rada Feldman participated on behalf of Defendants Global Financial Support, Inc. and Armond Aria ("Defendants").

The discovery dispute involves Defendants' objections to Plaintiff's discovery requests. On March 9, 2016, Plaintiff propounded Requests for Production of Documents ("RFPs"), Interrogatories ("ROGs"), and a Federal Rule of Civil Procedure ("Rule") 30(b)(6) deposition notice on Defendants. On April 7, 2016, Defendants filed a motion to stay all substantive proceedings in this matter due to a pending criminal tax case and ongoing criminal investigation involving Defendants. (Doc. No. 25.) On April 11, 2016,

1 Defendants served their discovery responses, asserting Defendant Aria's Fifth Amendment
2 right against self-incrimination.  In their objections to Plaintiff's discovery requests,
3 Defendants state that they will not provide responses until they receive a ruling on their
4 motion to stay.

5 After hearing arguments from counsel for all parties, this Court ordered a **STAY** of
6 all discovery and all discovery disputes until Judge Curiel issues a ruling on Defendants'
7 pending motion to stay.  When discovery resumes, the Court will readjust the discovery
8 schedule, and the duration of the stay will be added to the discovery period.

9 **Within two business days** of a ruling on Defendants' motion to stay, counsel for all
10 parties shall jointly notify the Court of the ruling.

11 **IT IS SO ORDERED.**

12 Dated:  April 26, 2016

Hon. William V. Gallo
United States Magistrate Judge