UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and ARMOND ARIA a/k/a ARMOND AMIR ARIA, individually and as owner and CEO of GLOBAL FINANCIAL SUPPORT, INC.,<br><br>Defendants. | Case No.: 3:15-cv-02440-GPC-WVG<br><br>**ORDER EXTENDING STAY FOR 60 DAYS** |

This matter has been stayed since May 17, 2016 based upon an ongoing criminal investigation of Defendant Armond Aria. (Dkt. Nos. 34, 38, 40, 42, 46, 48.) On June 21, 2017, the parties submitted a joint status report to the Court, in which Defendants requested an extension of the stay for another 60 days, and Plaintiff requested no more than a 15-day extension. On June 26, 2017, Defendants filed a supplement to the joint status report, which reported that Defendant Aria has executed a proposed plea agreement and returned it to the Department of Justice Tax Division, but that the plea agreement has

not yet been approved, and the Internal Revenue Service has requested clarification regarding information Defendants submitted. (Dkt. No. 49.) Given these developments, and good cause appearing, the Court extends the stay for another 60 days until August 25, 2017. The parties are directed to file a joint status report with the Court by August 21, 2017.

**IT IS SO ORDERED.**

Dated: July 13, 2017

Hon. Gonzalo P. Curiel
United States District Judge