UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and ARMOND ARIA a/k/a ARMOND AMIR ARIA, individually and as owner and CEO of GLOBAL FINANCIAL SUPPORT, INC.,<br><br>Defendants. | Case No.: 3:15-cv-02440-GPC-WVG<br><br>**ORDER EXTENDING STAY FOR 60 DAYS** |

This matter has been stayed since May 17, 2016 based upon an ongoing criminal investigation of Defendant Armond Aria. (Dkt. Nos. 34, 38, 40, 42, 46, 48, 51, 55, 57.) On February 16, 2018, the parties submitted a joint status report to the Court, in which Defendants requested an extension of the stay for another 60 days, and Plaintiff stated it was amenable to no more than a 30-day extension.

The parties reported that Defendant Armond Aria had signed a plea agreement with the AUSA on May 10, 2017, had complied with supplemental information requests,

and was awaiting approval of the plea agreement. The parties reported that Defendants had received comments from the DOJ Tax Division via the U.S. Attorney's Office on October 11, 2017, and provided additional information to the U.S. Attorney's office on October 13, 2017. (Dkt. No. 56.) On December 4, 2017, Defendants were informed that the DOJ Tax Division did not approve the plea agreement but the AUSA indicated that he is revising the plea agreement and Defendants are currently waiting for the revised plea agreement. (Id.) Defendants report that on January 26, 2018, Defendants' criminal counsel met with the AUSA, who is currently evaluating a plea deal and is expected to provide a revised plea deal in the coming weeks. Defendants report that additional time is required to finalize the criminal matter. Given these developments, and good cause appearing, the Court extends the stay for another 60 days until **April 23, 2018**. The parties are directed to file a joint status report with the Court by **April 20, 2018.**

**IT IS SO ORDERED.**

Dated: February 20, 2018

Hon. Gonzalo P. Curiel
United States District Judge