# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and ARMOND ARIA a/k/a ARMOND AMIR ARIA, individually and as owner and CEO of GLOBAL FINANCIAL SUPPORT, INC.,<br><br>Defendants. | Case No.: 3:15-cv-02440-GPC-WVG<br><br>**ORDER EXTENDING STAY FOR 60 DAYS** |

This matter has been stayed since May 17, 2016 based upon an ongoing criminal investigation of Defendant Armond Aria. (Dkt. Nos. 34, 38, 40, 42, 46, 48, 51, 55, 57, 59.) On April 20, 2018, the parties submitted a joint status report to the Court, in which Defendants requested an extension of the stay for another 60 days, and Plaintiff stated it was amenable to no more than a 30-day extension.

Defendants report that on January 26, 2018, they met with AUSA Andrew Galvin to evaluate a plea agreement. Defendants are awaiting a revised plea agreement from the

1

| | |
|---|---|
| 1 | U.S. Attorney's office.  On April 16, 2018, criminal counsel for Defendant Armond Aria |
| 2 | stated that he had not yet received a revised plea agreement from the AUSA. |
| 3 |       Given these developments, and good cause appearing, the Court extends the stay |
| 4 | for another 60 days until **June 22, 2018**.  The parties are directed to file a joint status |
| 5 | report with the Court by **June 20, 2018.** |
| 6 |       **IT IS SO ORDERED.** |
| 7 | Dated:  April 20, 2018 |
| 8 | Hon. Gonzalo P. Curiel |
| 9 | United States District Judge |