UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>                              Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and ARMOND ARIA a/k/a ARMOND AMIR ARIA, individually and as owner and CEO of GLOBAL FINANCIAL SUPPORT, INC.,<br><br>                             Defendants. | Case No.: 3:15-cv-02440-GPC-WVG<br><br>**ORDER EXTENDING STAY FOR 60 DAYS** |

     This matter has been stayed since May 17, 2016 based upon an ongoing criminal investigation of Defendant Armond Aria. (Dkt. Nos. 34, 38, 40, 42, 46, 48, 51, 55, 57, 59, 61.) On June 20, 2018, the parties submitted a joint status report to the Court, in which Defendants requested an extension of the stay for another 60 days, and Plaintiff stated it was amenable to no more than a 30-day extension.

     Defendants report that on January 26, 2018, they met with AUSA Andrew Galvin to evaluate a plea agreement. Defendants are awaiting a revised plea agreement from the

1

U.S. Attorney's office.  As of June 18, 2018, counsel for Defendants has not received a revised plea agreement from the AUSA.

Given these developments, and good cause appearing, the Court extends the stay for another 60 days until **August 21, 2018**.  The parties are directed to file a joint status report with the Court by **August 17, 2018.**

**IT IS SO ORDERED.**

Dated:  June 21, 2018

Hon. Gonzalo P. Curiel
United States District Judge