UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FINANCIAL SUPPORT, INC., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and ARMOND ARIA a/k/a ARMOND AMIR ARIA, individually and as owner and CEO of GLOBAL FINANCIAL SUPPORT, INC.,<br><br>Defendants. | Case No.: 3:15-cv-02440-GPC-WVG<br><br>**ORDER EXTENDING STAY FOR 60 DAYS** |

  This matter has been stayed since May 17, 2016 based upon an ongoing criminal investigation of Defendant Armond Aria. (Dkt. Nos. 34, 38, 40, 42, 46, 48, 51, 55, 57, 59, 61, 63, 65, 67, 69.) The most recent stay was to last until February 28, 2019. On February 21, 2019, the parties submitted a joint status report to the Court, in which Defendants requested an extension of the stay for another 60 days, and Plaintiff stated it was amenable to no more than a 30-day extension.

  On or about May 10, 2017, Defendants signed a plea agreement proposed by the

Assistant United States Attorney in his criminal case, which was neither signed nor approved by the AUSA. That AUSA advised Defendants that approval of the plea agreement was contingent on obtaining Department of Justice and Internal Revenue Service sign-off on the same. To date, no such approvals have issued and the plea agreement remains pending and Defendants wish to continue the above-captioned civil case until the resolution of the criminal matter.

Good cause appearing, the Court extends the stay for 60 days until **April 27, 2019.** The parties are directed to file a joint status report with the Court by **April 22, 2019.** The Court clarifies that the period between February 26, 2019, to the date of the filing of this Order shall be construed as subject to the extension granted herein.

**IT IS SO ORDERED.**

Dated: March 1, 2019

Hon. Gonzalo P. Curiel
United States District Judge