JOHN C. WELLS, DC Bar 491292
Deputy Enforcement Director
JAMES T. SUGARMAN, WSBA 39107
Assistant Litigation Deputy
NINA H. SCHICHOR, MD Bar (no assigned number)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)
AMANDA C. ROBERSON, MN Bar 0398511
(E-mail: amanda.roberson@cfpb.gov)
(Phone: 202-435-9447)
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    Plaintiff,<br><br>v.<br><br>Global Financial Support, Inc., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and<br><br>Armond Aria a/k/a Armond Amir Aria, individually, and as owner and CEO of Global Financial Support, Inc.;<br><br>    Defendants. | Case No. 15-cv-02440-GPC-AHG<br><br>**Plaintiff Consumer Financial Protection Bureau's Notice of Motion and Motion for Default Judgment Against Defendant Global Financial Support, Inc.**<br><br>Date: December 11, 2020<br>Time: 1:30 p.m.<br>Crtrm: 2D<br>Judge: The Hon. Gonzalo P. Curiel |

1   Plaintiff Consumer Financial Protection Bureau hereby moves, pursuant to Federal Rule of Civil Procedure 55(b) and S.D. Cal. Local Rule 55.1, for entry of a default judgment against Defendant Global Financial Support, Inc. (Global). This motion is based upon the clerk's entry of default against Defendant Global, ECF 90, this Notice of Motion and Motion, the accompanying Memorandum and Points of Authorities and evidence cited therein, the entirety of the filings and records in this action, and any evidence or argument that may be adduced at a hearing held by the Court on this motion if such a hearing is held.

The Bureau has provided notice of this motion and the intended hearing date to the Defendant.

Respectfully submitted,

John C. Wells
Deputy Enforcement Director

James T. Sugarman
Assistant Litigation Deputy

/s/ Nina Schichor
Nina Schichor, MD Bar
(MD Bar Does Not Issue Bar Numbers)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)
Amanda Roberson, MN Bar # 0398511
(E-mail: amanda.roberson@cfpb.gov)
(Phone: 202-435-9447)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Dated: August 21, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I electronically filed the foregoing document via ECF and emailed a courtesy copy to pro se Defendant Armond Aria and Defendant Global Financial Support, Inc., at the email address confirmed by Mr. Aria, ariaarmond@gmail.com.

/s/ Nina Schichor
Nina Schichor
*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552