JOHN C. WELLS, DC Bar 491292
Deputy Enforcement Director
JAMES T. SUGARMAN, WSBA 39107
Assistant Litigation Deputy
NINA H. SCHICHOR, MD Bar (no assigned number)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)
AMANDA C. ROBERSON, MN Bar 0398511
(E-mail: amanda.roberson@cfpb.gov)
(Phone: 202-435-9447)
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Consumer Financial Protection Bureau,

Plaintiff,

v.

Global Financial Support, Inc., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and

Armond Aria a/k/a Armond Amir Aria, individually, and as owner and CEO of Global Financial Support, Inc.;

Defendants.

Case No. 15-cv-02440-GPC-AHG

**Notice of Withdrawal of Consumer Financial Protection Bureau's Motion for Partial Summary Judgment Against Defendant Armond Aria, Docket Number 103, and Motion for Default Judgment Against Defendant Global Financial Support, Inc., Docket Number 104.**

Date: December 11, 2020
Time: 1:30 p.m.
Crtrm: 2D
Judge: The Hon. Gonzalo P. Curiel

Plaintiff Consumer Financial Protection Bureau (Bureau) hereby withdraws its Motion for Partial Summary Judgement Against Defendant Armond Aria filed in Docket Number 103 and its accompanying Memo of Points and Authorities, Statement of Facts, and supporting Exhibits 1 through 60, filed in Docket Numbers 103-1 through 103-63. The Bureau filed the motion in error, and corrected those errors by filing a revised Motion for Partial Summary Judgement Against Defendant Armond Aria, and accompanying Memo of Points and Authorities, Statement of Facts, and supporting Exhibits 1 through 60.

The Bureau also hereby withdraws its Motion for Default Judgment Against Defendant Global Financial Support, Inc. filed in Docket Number 104 and its accompanying Memo of Points and Authorities, filed in Docket Number 104-1. The Bureau filed the motion in error, and corrected those errors by filing a revised Motion for Default Judgment Against Defendant Global Financial Support, Inc., and accompanying Memo of Points and Authorities.

Respectfully submitted,

John C. Wells
Deputy Enforcement Director

James T. Sugarman
Assistant Litigation Deputy

/s/ Amanda Roberson
Amanda Roberson, MN Bar # 0398511
(E-mail: amanda.roberson@cfpb.gov)
(Phone: 202-435-9447)
Nina Schichor, MD Bar
(MD Bar Does Not Issue Bar Numbers)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Dated: August 24, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, I electronically filed the foregoing document via ECF and emailed a courtesy copy to pro se Defendant Armond Aria and Defendant Global Financial Support, Inc., at the email address confirmed by Mr. Aria, ariaarmond@gmail.com.

/s/ Amanda Roberson
Amanda Roberson
*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552