JOHN C. WELLS, DC Bar 491292
Deputy Enforcement Director
JAMES T. SUGARMAN, WSBA 39107
Assistant Litigation Deputy
NINA H. SCHICHOR, MD Bar (no assigned number)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)
AMANDA C. ROBERSON, MN Bar 0398511
(E-mail: amanda.roberson@cfpb.gov)
(Phone: 202-435-9447)
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Consumer Financial Protection Bureau,

Plaintiff,

v.

Global Financial Support, Inc., d/b/a Student Financial Resource Center, d/b/a College Financial Advisory; and

Armond Aria a/k/a Armond Amir Aria, individually, and as owner and CEO of Global Financial Support, Inc.;

Defendants.

Case No. 15-cv-02440-GPC-AHG

**Plaintiff Consumer Financial Protection Bureau's Notice of Motion and Motion for Partial Summary Judgment Against Defendant Armond Aria**

Date: December 11, 2020
Time: 1:30 p.m.
Crtrm: 2D
Judge: The Hon. Gonzalo P. Curiel

Plaintiff Consumer Financial Protection Bureau (Bureau) hereby moves, pursuant to Federal Rule of Civil Procedure 56, for partial summary against Defendant Armond Aria on Counts I, II, and III.

This motion is based on:

1. this Notice of Motion and Motion;
2. the accompanying Memorandum of Points and Authorities;
3. the Bureau's Statement of Undisputed Material Facts;
4. the Declarations of Cheryl Goodwin, Ryan Thomas, and John Zelinsky, and the exhibits attached thereto; and
5. the files and records of this entire case and any evidence or argument that may be adduced at a hearing held by the Court on this motion if such a hearing is held.

Respectfully submitted,

John C. Wells
Deputy Enforcement Director

James T. Sugarman
Assistant Litigation Deputy

/s/ Nina Schichor
Nina Schichor, MD Bar
(MD Bar Does Not Issue Bar Numbers)
(E-mail: nina.schichor@cfpb.gov)
(Phone: 202-435-9770)
Amanda C. Roberson, MN Bar 0398511
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

Dated: August 21, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically filed the foregoing document via ECF and emailed a courtesy copy to pro se Defendant Armond Aria and Defendant Global Financial Support, Inc., at the email address confirmed by Mr. Aria, ariaarmond@gmail.com

/s/ Nina Schichor
Nina Schichor
*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552