| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiff-Appellee,<br><br> v.<br><br>ARMOND ARIA, aka Armond Amir Aria, owner and CEO of Global Financial Support, Inc.,<br><br>      Defendant-Appellant,<br><br> and<br><br>GLOBAL FINANCIAL SUPPORT, INC., dba College Financial Advisory, Student Financial Resource Center,<br><br>      Defendant. | No.    21-55525<br><br>D.C. No.<br>3:15-cv-02440-GPC-AHG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: GRABER, TALLMAN, and FRIEDLAND, Circuit Judges.

Plaintiff-Appellee shall file a response to Defendant-Appellant's petition for panel rehearing and for rehearing en banc (ECF No. 56). The response shall not exceed 15 pages or 4,200 words and shall be filed within twenty-one (21) days of the filed date of this order.

**IT IS SO ORDERED.**

Panel